OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 The denial of bail in this case was based upon the determination that defendant, if released on bail, would be likely to flee the jurisdiction. This determination was reached after consideration of the nature of the offense, the unusually large amount of drugs and money involved, the probability of conviction and the possible severity of sentence. Inasmuch as said denial is supported by the record,
 
 *779
 
 it is an exercise of discretion resting on a rational basis and thus beyond correction in habeas corpus.
 
 (People ex rel. Parone v Phimister,
 
 29 NY2d 580).
 

 Chief Judge Cooke and Judges Jasen, Jones, Wacht-ler, Meyer, Simons and Kaye concur.
 

 Order affirmed, without costs, in a memorandum.